# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 21-70450-JAD
**Nichole L. Simmons,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of November, 2024, a true and correct copy of the Order dated November 8, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> COMMONWEALTH OF PENNSYLVANIA
> BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
> P.O. BOX 8006
> HARRISBURG, PA 17105
>
> NICHOLE L. SIMMONS
> 811 CONEMAUGH AVENUE
> PORTAGE, PA 15946

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>November 11, 2024</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470