**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                               :
                                                                     : Case No. 21-70450-JAD
**Nichole L. Simmons,**                                              :
                                                                     : Chapter 13
           **Debtor**                                                :
                                                                     :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of November, 2025, a true and correct copy of the Order dated November 12, 2025, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

> COMMONWEALTH OF PENNSYLVANIA
> BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
> P.O. BOX 8006
> HARRISBURG, PA 17105
>
> NICHOLE L. SIMMONS
> 811 CONEMAUGH AVENUE
> PORTAGE, PA 15946
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

                                                                Respectfully submitted,

Executed on: <u>November 13, 2025</u>                           <u>/s/ Jessica L. Tighe      </u>
                                                                Jessica L. Tighe; Legal Asst.
                                                                Law Offices of Kenny P. Seitz
                                                                P. O. Box 211
                                                                Ligonier, PA  15658
                                                                (814) 536-7470